UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONNIE FINNEY,
*on behalf of C.F.*,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No: 1:15-cv-460

HON. JANET T. NEFF

## ORDER

In accordance with the Memorandum Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 24) are DENIED, and the Report and Recommendation of the Magistrate Judge (Dkt 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (Dkt 21) is granted in part and denied in part: fees are awarded in the amount of two thousand, seven hundred thirty dollars and zero cents ($2,730.00) under the Equal Access to Justice Act (EAJA). In light of the Supreme Court's decision in *Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010), the award of EAJA fees is made to Plaintiff as the prevailing party.

Dated: March  9 , 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge